In the Matter of YUNG BROTHERS REAL ESTATE CO., INC., et al., Appellants, v ROBERT D. LIMANDRI, as Commissioner of the New York City Department of Buildings, et al., Respondents.

Submitted April 2, 2012; decided May 8, 2012

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

JASMINE ZHENG et al., Appellants, v CITY OF NEW YORK et al., Respondents.

Submitted April 9, 2012; decided May 8, 2012

Motion for leave to appeal granted. Motion for poor person relief granted. Motion for interim relief denied.